# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 74 C 3268 & 75 C 3295 | **DATE** | 4/13/2011 |
| **CASE TITLE** | ACLU vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Petitioner's motion to dismiss petition pursuant to settlement agreement [347] is granted.  It is hereby ordered that the Petition is dismissed without prejudice.  Petitioners are permitted to seek reinstatement of the Petition if the City fails to satisfy paragraphs 5 and 6 of the parties' settlement agreement.  If Petitioners have not file a motion seeking such reinstatement of the Petition within 45 days from the date of entry of the order, the dismissal of the Petition is with prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|